### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT S. FLANIKEN, as Guardian of FRED K. FLANIKEN,<br><br>        Plaintiff,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  NO. CIV-12-0362-HE<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT

In accordance with the order entered this date, this action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 27th day of September, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE